ACCEPTED
12-15-00014-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/6/2015 5:01:56 PM
CATHY LUSK
CLERK

**No. 12-15-00014-CV**

_____

**In the Twelfth Court of
Appeals at Tyler, Texas**

_____

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/6/2015 5:01:56 PM
CATHY S. LUSK
Clerk

**East Texas Medical Center d/b/a East Texas Medical Center
Emergency Medical Services**

**Appellant**

**v.**

**Jody Delaune, Individually and as Personal Representative of the Estate of
Crystal Delaune, Deceased; and as Next Friend of Dalton Delaune, Destiny Delaune
And Dee Ann Delaune, Minors**

**Appellees**

_____

Appeal from 7th District Court,
Smith County, Texas
Honorable Kerry L. Russell, Presiding Judge

_____

**APPELLEES' OBJECTION TO APPELLANT'S FIRST MOTION
FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE TYLER COURT OF APPEALS:

COMES NOW, Jody Delaune**,** Individually and as Personal Representative of the Estate

of Crystal Delaune, Deceased; and as Next Friend of Dalton Delaune, Destiny Delaune and Dee

Ann Delaune, Minors ("Appellees"), and file their Objection to Appellant East Texas Medical

Center's ("ETMC") First Motion for Extension of Time to File Brief, as follows:

**I.**

After missing the May 4th , 2015 deadline to file its brief in the above-captioned matter,

ETMC filed its Motion For Extension under TRAP 10.5, subsection (b)(1)(C) of which requires

ETMC to state "the facts relied on to reasonably explain the need for an extension". It is Appellees' position that ETMC's Motion For Extension fails to provide the requisite "reasonable explanation" in the following regard.

First, ETMC's counsel recites a laundry list of pending cases which supposedly would have kept ETMC from timely preparing its appellant's brief. However, Texas law is clear that such generic pleadings of overwork are insufficient to constitute the "reasonable explanation" required under TRAP 10.5(b)(1)(C). *Kidd v. Patton*, 1 SW3d 309, 311-12 (Tex. App. – Amarillo 1999, pet. denied); *Treimee Corp. v. Jiminez*, 2002 Tex. App. LEXIS 728 *4-5 (Tex. App. – Houston [1st Dist.] Jan. 31 2002, pet. denied).

Second, Appellees take sincere exception to ETMC's blithe boiler plate assertion that "Appellees have not suffered any material injury" from its delay, supposedly because extensions are routinely granted. Suffice to say, nearly three years ago on August 19, 2012, while in the care of ETMC, Appellees' mother and wife died under horrendously traumatic circumstances, an event that has had devastating impact on the Delaune family – including its three minor children – both emotionally and financially. Since that time, Appellees have consistently moved for prompt resolution of their claims, in the hopes of putting an unspeakably traumatic event behind them.

Just as consistently, however, ETMC has repeatedly availed itself of measures to avoid any such prompt resolution, including its current failure to timely prosecute its appeal of the favorable verdict granted to Appellees at the trial level. See *Kidd*, 1 SW3d at 312-13. Gladstone famously said that 'Justice delayed is justice denied'; Appellees would add only that – under our facts – such delay imposes far greater harm upon the injured, than upon the injurer.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully request that East Texas Medical Center's Motion to Extend be denied.

Respectfully submitted,

RYAN KREBS, M.D., J.D.
805 W. 10th Street, Ste. 300
Austin, TX 78701
(512) 478-2072
(512) 494-0420 – Facsimile
ryan@ryankrebsmdjd.com

**RYAN KREBS**
State Bar Number 00792088
**COUNSEL FOR APPELLEES**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of May, 2015, a true and correct copy of the foregoing document was delivered to counsel listed below:

**VIA E-SERVE & E-MAIL:**
Russell G. Thornton
4849 Greenville Avenue, Suite 1150
Dallas, Texas 75206
(214) 954-2200
(214) 754-0999 (Fax)
rthornton@trtblaw.com

RYAN KREBS